FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 29 2015

JAMES W. McCORMACK, CLERK
By: _____
                         DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| HICKS, DOWTY, MCCAULEY & SCHELL, INC. AND RICK MOONEY CONSTRUCTION, INC. | PLAINTIFFS |
| v.     Case No. 4:15CV787-SWW | |
| THE MANOR AT BENTON, LLC AND THE DESIGN GROUP, INC. | DEFENDANTS |

## COMPLAINT

COME NOW, Plaintiffs Hicks, Dowty, McCauley & Schell, Inc. and Rick Mooney Construction, Inc., by and through the undersigned attorneys, and for their complaint against Defendants The Manor at Benton, LLC and The Design Group, Inc. state as follows:

### JURISDICTION AND VENUE

1. Plaintiff Hicks, Dowty, McCauley & Schell, Inc. (hereinafter "HDMS") is an Arkansas Corporation with its principal place of business in North Little Rock, Arkansas.

2. Plaintiff Rick Mooney Construction, Inc. (hereinafter "Mooney") is an Arkansas Corporation with its principal place of business in Natural Dam, Arkansas.

3. Defendant The Manor at Benton, LLC (hereinafter "TMB") is an Arkansas Limited Liability Company with its principal place of business in North Little Rock, Arkansas.

4. Defendant The Design Group, Inc. (hereinafter "TDG") is an Arkansas Corporation with its principal place of business in North Little Rock, Arkansas.

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 17 U.S.C. § 501 *et seq.*

6. Venue is proper in this district under 28 U.S.C. §1391.

### FACTS

7. In 2014, Plaintiffs developed a design and plans (hereinafter "the plans") for an assisted living facility named the Mt. Carmel Assisted Living Facility in Rogers, Arkansas.

This case assigned to District Judge Wright
and to Magistrate Judge Deere

8. The plans are an original work.

9. Plaintiffs are the sole owners in the intellectual property rights to the plans.

10. The plans were registered with the United States Copyright Office and bear copyright registration number VA0001980055. A copy of Plaintiffs' Certificate of registration is attached hereto as Exhibit 1.

11. Plaintiff has complied with all requirements of the Copyright Act, 17 U.S.C. § 101, *et seq.* and all other relevant copyright laws.

12. Plaintiffs discovered on or about December 1, 2015 that Defendants, TDG and TMB, had copied and used the plans for the design of their own assisted living facility in Benton, Arkansas.

13. Upon information and belief, Defendants wrongfully obtained copies of the plans in order to copy and reproduce them in the form of their own plans without authorization from Plaintiffs and in violation of Plaintiffs' copyright.

14. Upon information and belief, TMB induced TDG to copy, reproduce, and/or create derivative works of the plans.

15. Defendants' design is substantially similar to the plans in that Defendants' design features an identical overall layout, identical placement of rooms, the same number of rooms, substantially similar arrangement of space within rooms, and identical placement of amenities and features, among other substantial similarities. Demonstrative copies of excerpts from the parties' plans showing the substantial similarities are attached hereto as Exhibit 2.

## COUNT I – COPYRIGHT INFRINGEMENT

16. Plaintiffs reallege and reincorporate all preceding paragraphs as if stated verbatim herein.

17. Defendants have misappropriated copies of the plans and have, without the authorization of Plaintiffs, copied, displayed, used, and created derivative works of the plans.

18. Defendants' conduct constitutes direct, contributory and vicarious infringement of Plaintiffs' copyrighted plans.

19. Defendants have profited from their infringement as measured by the increased value of their development and saved costs and time through not having to prepare and pay for the creation of original plans.

20. Defendants' infringement has caused and continues to cause irreparable damage to Plaintiffs and, unless enjoined, Plaintiffs are likely to continue to suffer irreparable injury.

## **MISCELLANEOUS**

21. Plaintiffs demands trial by jury.

22. The Court should award the Plaintiffs their costs in brining and prosecuting this action, including their attorneys' fees, pursuant to 17 U.S.C. § 505.

23. Plaintiffs hereby request a preliminary injunction to prevent Defendants from using the plans.

WHEREFORE, Plaintiffs pray this honorable Court render judgment in favor of the Plaintiffs against the Defendants as follows:

a. Actual damages against Defendants in an amount to exceed $75,000;

b. An order enjoining Defendants from further infringement of Plaintiffs' copyrighted plans;

c. Plaintiffs' costs and attorneys' fees; and

d. All other just and proper relief.

Respectfully submitted,

*[signature]*

Charles Darwin "Skip" Davidson, ABN 73026
David L. Gershner, ABN 2011168
Registered Patent Attorney

**DAVIDSON LAW FIRM**
724 Garland, Cantrell at State
P.O. Box 1300
Little Rock, AR  72203
501.374.9977  | Telephone
501.374.5917  | Fax
E-mail:  skipd@dlf-ar.com
           david.gershner@dlf-ar.com

**ATTORNEYS FOR PLAINTIFFS**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-980-055**

**Effective Date of Registration:**
December 09, 2015

## Title

    **Title of Work:**  Mt. Carmel Assisted Living Plans

## Completion/Publication

    **Year of Completion:**  2014
    **Date of 1st Publication:**  October 15, 2014
    **Nation of 1st Publication:**  United States

## Author

-     **Author:**  Rick Mooney Construction, Inc.
    **Author Created:**  architectural work
    **Work made for hire:**  Yes
    **Citizen of:**  United States

-     **Author:**  Hicks, Dowty, McCauley & Schell, Inc
    **Author Created:**  architectural work
    **Work made for hire:**  Yes
    **Citizen of:**  United States

## Copyright Claimant

    **Copyright Claimant:**  Rick Mooney Construction, Inc.
    16421 Liberty Hill Rd., Natural Dam, AR, 72948, United States

    **Copyright Claimant:**  Hicks, Dowty, McCauley & Schell, Inc.
    409 Main St., North Little Rock, AR, 72114, United States

## Rights and Permissions

    **Organization Name:**  Davidson Law Firm
    **Name:**  David Gershner
    **Email:**  davidg@dlf-ar.com
    **Telephone:**  (501)374-9977
    **Address:**  PO Box 1300

**EXHIBIT 1**

Page 1 of 2





SHELL REFERENCE PLAN