IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| HICKS, DOWTY, MCCAULEY & SCHELL, INC. AND RICK MOONEY CONSTRUCTION, INC., | * * * * | |
| Plaintiffs, | * | |
| vs. | * * * | No. 4:15-cv-00787-SWW |
| THE MANOR AT BENTON, LLC AND THE DESIGN GROUP INC., | * * * | |
| Defendants. | * | |

## ORDER

Pursuant to the joint stipulation of dismissal filed on October 11, 2016 [doc.#19], this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 14th day of October 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE